STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
STEPHEN OTEY, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mr. Michael Blacker* for the petitioner.

*Mr. Vincent P. Keuper* and *Mr. Elliot L. Katz* for the respondent.

October 29, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ROBERT BROWN, DEFENDANT-PETITIONER.

*Mr. Richard Newman* and *Mr. Bruce Ira Goldstein* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

October 29, 1968. Denied.

HAZEL KENT, *ADM'X, AD PROS.*, PLAINTIFF-RESPONDENT, v. COUNTY OF HUDSON, DEFENDANT-PETITIONER.

See same case below: 102 *N. J. Super.* 208.

*Mr. William F. Kelly, Jr.* and *Mr. Daniel F. Gilmore* for the petitioner.

*Messrs. Warren, Chasan, Leyner & Holland* for the respondent.

October 29, 1968. Granted.